ACCEPTED
03-14-00469-CR
6448351
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 3:07:47 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00469-CR**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 3:07:47 PM
JEFFREY D. KYLE
Clerk

_____

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN DIVISION**

_____

| | |
|---|---|
| **MITCHELL HOLLIS WRIGHT** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

_____

**APPELLANT'S MOTION FOR REHEARING**

_____

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

**ATTORNEY FOR APPELLANT**

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant MITCHELL HOLLIS WRIGHT, who files this Motion for Rehearing, and respectfully asks this Court to revise its judgment in Cause Number 03-14-00469-CR only.

**I.**

1. On July 28, 2015, this Court issued an opinion sustaining Appellant's three issues. The first two issues complained that restitution and its accompanying fee should not have been ordered against Appellant in Trial Court Cause Number 23,385 (Appellate Cause Number 03-14-00469).

2. The Court agreed, and in its opinion "modif[ied] the trial court's judgment adjudicating guilt in cause number CR 23,285 to delete the language regarding the payment of restitution." *Wright v. State*, 03-14-00469-CR, 2015 WL 4609743, at *3 (Tex. App.—Austin July 28, 2015, no. pet. h.). The Court further "modif[ied] the court costs in the judgment adjudicating guilt in cause number CR23,385 to delete the $12.00 restitution fee." *Id*.

3. However, the Court's judgment in Cause No. 03-14-00469-CR (Trial Court Cause Number CR 23,385) modifies the trial court's judgment only to reflect the correct offense (as requested in Appellant's third issue), but does not modify the judgment to delete the restitution and the restitution fee.

4. Accordingly, Appellant asks this Court to grant this motion for rehearing and issue a new judgment in Cause No. 03-14-00469-CR that also modifies the trial court's judgment to delete the restitution and the restitution fee, as ordered in the Court's opinion.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to grant his Motion for Rehearing and issue a corrected judgment in Cause No. 03-14-00469-CR that deletes the restitution and the restitution fee in the trial court's judgment in Cause No. CR 23,385, and which still modifies the judgment to reflect the correct statute for the offense.

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348
Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to Rule 9.4(i)(D) of the Texas Rules of Appellate Procedure, Appellant's Motion for Rehearing contains 288 words.


/s/ Justin Bradford Smith
Justin Bradford Smith


## CERTIFICATE OF SERVICE

I hereby certify that, on August 11, 2015, a true and correct copy of the

Appellant's Motion for Rehearing was sent to the following counsel by eservice:

W.W. Torrey
Joseph P. Johnson
Milam County District Attorney's Office
204 N. Central
Cameron, Texas 76520
Email: daoffice@milamcounty.net
*Attorneys for the State*


/s/ Justin Bradford Smith
Justin Bradford Smith